**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anant Kumar Tripati,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Charlette Thompson, et al.,<br><br>　　　　Defendants. | No. CIV 03-1122-PHX-DGC (DKD)<br><br>**ORDER** |

　　　　Pending before the Court are Plaintiff's Motion for Extension of Time to Respond and Motion for Leave to File Excess Pages (Doc. #79) and Defendants' Motion for Extension of Time to Reply (Doc. #84). Defendants' Motion to Dismiss (Doc. #74) was filed September 22, 2005, with Plaintiff filing his Response (Doc. #83) on October 31, 2005. Upon good cause shown,

　　　　**IT IS HEREBY ORDERED** granting Defendants' Motion for Extension of Time to Reply (Doc. #84). Defendants shall file their Reply to their Motion to Dismiss no later than November 18, 2005.

　　　　**IT IS FURTHER ORDERED** denying Plaintiff's Motion for Extension of Time to Respond (Doc. #79), as moot.

. . .

. . .

. . .

1     **IT IS FURTHER ORDERED** granting Plaintiff's Motion for Leave to File Excess Pages (Doc. #79).

    DATED this 8th day of November, 2005.

_____
David K. Duncan
United States Magistrate Judge